FILED
June 12, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG 07-0185 KJM |
| Plaintiff, ) | |
| v.                                              ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SABREENA KHAN, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SABREENA KHAN</u>, Case No. <u>MAG 07-0185 KJM</u>, Charge <u>Title 18 USC §§ 371; 2319; 2318; 2320; 1341; 2</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    X  Bail Posted in the Sum of $ <u>25,000</u>

        X  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        X  (Other) <u>With conditions of release supervised by Pretrial Services</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>June 12, 2007</u> at <u>2:40</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge