1  MICHAEL D. LONG
   Attorney at Law
2  State Bar No. 149475
   901 H Street, Suite 208
3  Sacramento, CA 95814
   (916) 447-1920; Fax: (916) 442-8299
4  Long_5999@msn.com

5  Attorney for Defendant
   SABREENA KAHN
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 **UNITED STATES OF AMERICA**,           Cr. S- 07-MJ-185 KJM

12              Plaintiff,                 **STIPULATION TO CONTINUE PRELIMINARY HEARING**

13     vs.                                 Date: 6-26-07
                                           Time: 2:00 p.m.
14 **SABREENA KAHN**                       Judge: Hon. Kimberly J. Meuller

15              Defendants.

16

17

18 TO: McGREGOR W. SCOTT, U. S. Attorney, and ROBIN TAYLOR, Asst. U. S. Attorney:

19      Defendant Sabreena Kahn, by and through her attorney Michael D. Long, and the Government,

20 by and through its undersigned attorney, Robin Taylor, stipulate as follows:

21      Defendant Sabreena Kahn agrees to waive, and hereby does waive, her right to have the Court

22

23 conduct a preliminary examination pursuant to the time limits set forth in Federal Rules of Criminal

24 Procedure 5 (c) and 5.1(d).  The preliminary examination was initially scheduled for June 26, 2007, at

25 2:00 p.m.  The parties now hereby stipulate and agree to continue the preliminary hearing until August

26 6, 2007, at 2:00 p.m.  Ms. Kahn has been informed of the continuance and she agrees to the continuance.

27

28

1  The continuance is needed so that the defense can receive the discovery from the government, then
2  review the discovery with Ms. Kahn, and conduct an investigation of the charges.
3  IT IS SO STIPULATED.

Dated:       June 19, 2007              McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Robin R. Taylor, AUSA
                                        By Michael D. Long with Ms. Taylor's
                                        Approval

Dated:       June 19, 2007

                                        /s/ Michael D. Long
                                        MICHAEL D. LONG
                                        Attorney for Defendant
                                        SABREENA KAHN

1  MICHAEL D. LONG
   Attorney at Law
2  State Bar No. 149475
   901 H Street, Suite 208
3  Sacramento, CA 95814
   (916) 447-1920; Fax: (916) 442-8299
4  Long_5999@msn.com

5  Attorney for Defendant
   SABREENA KAHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr. S- 07-MJ-185 KJM |
| Plaintiff, | **ORDER** |
| vs. | Date: 6-26-07<br>Time: 2:00 p.m.<br>Judge: Hon. Kimberly J. Meuller |
| **SABREENA KAHN** | |
| Defendants. | |

TO: McGREGOR W. SCOTT, U. S. Attorney, and ROBIN TAYLOR, Asst. U. S. Attorney:

   IT IS HEREBY ORDERED that the preliminary examination initially scheduled for June 26, 2007, at 2:00 p.m. is continued to August 6, 2007, at 2:00 p.m.

Dated: June 25, 2007.

_____
U.S. MAGISTRATE JUDGE