1  MICHAEL D. LONG
   Attorney at Law
2  State Bar No. 149475
   901 H Street, Suite 208
3  Sacramento, CA 95814
   (916) 447-1920; Fax: (916) 442-8299
4  Long_5999@msn.com

5  Attorney for Defendant
   SABREENA KAHN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. MJ-S-07-185 KJM |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| vs. | Date: 9-17-07 |
| **SABREENA KAHN** | Time: 2:00 p.m. |
| Defendants. | Judge: Hon. Kimberly J. Mueller |

18  TO: McGREGOR W. SCOTT, U. S. Attorney, and ROBIN TAYLOR, Asst. U. S. Attorney:

19      Defendant Sabreena Kahn, by and through her attorney Michael D. Long, and the Government,

20  by and through its undersigned attorney, Robin Taylor, stipulate as follows:

22      Defendant Sabreena Kahn agrees to waive, and hereby does waive, her right to have the Court

23  conduct a preliminary examination pursuant to the time limits set forth in Federal Rules of Criminal

24  Procedure 5 (c) and 5.1(d). The preliminary examination was scheduled for August 6, 2007, at 2:00

25  p.m. The parties now hereby stipulate and agree to continue the preliminary hearing until September

27  17, 2007, at 2:00 p.m. Ms. Kahn has been informed of the continuance and she agrees to the

28

                                        1

1  continuance.  The continuance is needed so that the defense can receive additional discovery from the
2  government, review the discovery with Ms. Kahn, meet and negotiate with the prosecutor and conduct
3  further investigation of the charges.
4  
5  IT IS SO STIPULATED.

6  Dated:        August 3, 2007            McGREGOR W. SCOTT
7                                          United States Attorney
8                                          /s/ Robin R. Taylor, AUSA
9                                          By Michael D. Long with Ms. Taylor's
                                           Approval
10

11 Dated:        August 3, 2007
12                                         /s/ Michael D. Long
13                                         MICHAEL D. LONG
                                           Attorney for Defendant
14                                         SABREENA KAHN

2

1  MICHAEL D. LONG
   Attorney at Law
2  State Bar No. 149475
   901 H Street, Suite 208
3  Sacramento, CA 95814
   (916) 447-1920; Fax: (916) 442-8299
4  Long_5999@msn.com

5  Attorney for Defendant
   SABREENA KAHN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 **UNITED STATES OF AMERICA**,                Cr. S- 07-MJ-185 KJM

                                                **ORDER**
12              Plaintiff,
                                                Date: 9-17-07
13     vs.                                      Time: 2:00 p.m.
                                                Judge: Hon. Kimberly J. Mueller
14 **SABREENA KAHN**

15              Defendants.

16

17

18 TO: McGREGOR W. SCOTT, U. S. Attorney, and ROBIN TAYLOR, Asst. U. S. Attorney:

19      IT IS HEREBY ORDERED that the preliminary examination initially scheduled for August 6,

20 2007, at 2:00 p.m. is continued to September 17, 2007, at 2:00 p.m.

21 Dated: August 6, 2007.

22                                              _____
23                                              U.S. MAGISTRATE JUDGE