1  MICHAEL D. LONG
   Attorney at Law
2  State Bar No. 149475
   901 H Street, Suite 208
3  Sacramento, CA 95814
   (916) 447-1920; Fax: (916) 442-8299
4  Long_5999@msn.com

5  Attorney for Defendant
   SABREENA KAHN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Cr. S- 07-MJ-185 KJM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| vs. | Date: 10-22-07 |
| **SABREENA KAHN** | Time: 2:00 p.m. |
| Defendants. | Judge: Hon. Kimberly J. Meuller |

18  TO: McGREGOR W. SCOTT, U. S. Attorney, and ROBIN TAYLOR, Asst. U. S. Attorney:

19      Defendant Sabreena Kahn, by and through her attorney Michael D. Long, and the Government,

20  by and through its undersigned attorney, Robin Taylor, stipulate as follows:

21      Defendant Sabreena Kahn agrees to waive, and hereby does waive, her right to have the Court

23  conduct a preliminary examination pursuant to the time limits set forth in Federal Rules of Criminal

24  Procedure 5 (c) and 5.1(d).  The preliminary examination was initially scheduled for August 6, 2007,

25  at 2:00 p.m. and was continued to September 17, 2007, by stipulation of the parties (see ECF document

26  29).  The parties now hereby stipulate and agree to continue the preliminary hearing from September

28

1

17, 2007, at 2:00 p.m. to October 22, 2007.  Ms. Kahn has been informed of the continuance and she agrees to the continuance and agrees to exclude time.  The continuance is needed so that the defense can receive additional discovery from the government, review the discovery with Ms. Kahn, continue to meet and negotiate with the prosecutor and conduct further investigation of the charges.

IT IS SO STIPULATED.

Dated:        September 13, 2007        McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Robin R. Taylor, AUSA
                                        By Michael D. Long with Ms. Taylor's
                                        Approval


Dated:        September 13, 2007

                                        /s/ Michael D. Long
                                        MICHAEL D. LONG
                                        Attorney for Defendant
                                        SABREENA KAHN

1  MICHAEL D. LONG
   Attorney at Law
2  State Bar No. 149475
   901 H Street, Suite 208
3  Sacramento, CA 95814
   (916) 447-1920; Fax: (916) 442-8299
4  Long_5999@msn.com

5  Attorney for Defendant
   SABREENA KAHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **SABREENA KAHN** <br><br> Defendants. | Cr. S- 07-MJ-185 KJM <br><br> **ORDER** <br><br> Date: 10-22-07 <br> Time: 2:00 p.m. <br> Judge: Hon. Kimberly J. Meuller |

TO: McGREGOR W. SCOTT, U. S. Attorney, and ROBIN TAYLOR, Asst. U. S. Attorney:

   IT IS HEREBY ORDERED that the preliminary examination currently scheduled for September 17, 2007, at 2:00 p.m. is continued to October 22, 2007, at 2:00 p.m.

Dated: September 17, 2007.

_____
U.S. MAGISTRATE JUDGE