MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920; Fax: (916) 442-8299
Long_5999@msn.com

Attorney for Defendant
SABREENA KAHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SABREENA KAHN<br><br>　　　　　　Defendants. | Cr. S- 07-MJ-185 KJM<br><br>**ORDER**<br><br>Date: 12-3-07<br>Time: 2:00 p.m.<br>Judge: Hon. Kimberly J. Meuller |

　　　IT IS HEREBY ORDERED that the preliminary examination currently scheduled for October 22, 2007, at 2:00 p.m. is continued to December 3, 2007, at 2:00 p.m.

Dated: October 22, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

1