1  MICHAEL D. LONG
   Attorney at Law
2  State Bar No. 149475
   901 H Street, Suite 208
3  Sacramento, CA 95814
   (916) 447-1920; Fax: (916) 442-8299
4  Long_5999@msn.com

5  Attorney for Defendant
   SABREENA KAHN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 **UNITED STATES OF AMERICA**,           Cr. S- 07-MJ-185 KJM

12                Plaintiff,               **ORDER**

13      vs.                                Date: 1-14-08
                                           Time: 2:00 p.m.
14 **SABREENA KAHN**                       Judge: Hon. Edmund F. Brennan

15                Defendants.

16

17

18      IT IS HEREBY ORDERED that the preliminary examination currently scheduled for December

19 3, 2007, at 2:00 p.m. is continued to January 14, 2008, at 2:00 p.m.

20 Dated:   December 3, 2007.

21
                                           /s/ Edmund F. Brennan
22                                         _____
                                           EDMUND F. BRENNAN
23                                         UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28