MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,    ) No. CR-S-07-MJ-185 KJM
                   Plaintiff,               )
                                 ) STIPULATION TO CONTINUE
     v.                                               ) PRELIMINARY HEARING
                                 )
SABREENA KHAN,                             ) Date: 4-10-08
                 Defendant.              ) Time: 2:00 p.m.
===============================) Judge: Hon. Dale A. Drozd

TO: McGREGOR SCOTT, U.S. Attorney, and ROBIN TAYLOR, Asst. U.S. Attorney:

Defendant Sabreena Khan, by and through her attorney, Michael D. Long, and the Government, by and through its attorney, Robin Taylor, stipulate as follows:

Defendant Sabreena Khan agrees to waive, and hereby does waive, her right to have the Court conduct a preliminary examination pursuant to the time limits set forth in Federal Rules of Criminal Procedure 5 (c) and 5.1(d).  The preliminary examination was initially set for August 6, 2007, at 2:00 p.m. and has been continued a number of times.  The preliminary examination is presently set for February 28, 2008, at 2:00 p.m.  The parties hereby stipulate and agree to continue the preliminary hearing from February 28, 2008, to April 10, 2008, at 2:00 p.m.  Ms. Khan has been informed of the continuance and she agrees to the continuance and she agrees to exclude time.  The continuance is needed so that the defense can receive additional discovery from the government and continue to meet and negotiate with the government.  The defense also needs to continue its investigation of the charges.

-1-

1  Dated:  February 27, 2008                    Respectfully submitted,

2                                                /s/ Michael D. Long_____
3                                                MICHAEL D. LONG
                                                 Attorney for Mr. Ramirez
4
   Dated:  February 27, 2008
5
                                                 McGREGOR SCOTT
6                                                United States Attorney

7                                                /s/ Robin Taylor____
                                                 ROBIN TAYLOR
8                                                Assistant U.S. Attorney
                                                 Signed by Mr. Long with the permission
9                                                of Ms. Taylor

1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 208
2  Sacramento, CA 95814
3  (916) 447-1920
   Long_5999@msn.com
4
                    IN THE UNITED STATES DISTRICT COURT
5                 FOR THE EASTERN DISTRICT OF CALIFORNIA
6
   THE UNITED STATES OF AMERICA,      ) No. CR-S-07-MJ-185 KJM
7              Plaintiff,              )
                                       ) (Proposed) ORDER
8       v.                             )
                                       ) Date: 4-10-08
9  SABREENA KHAN,                      ) Time: 2:00 p.m.
               Defendant.               ) Judge: Hon. Dale A. Drozd
10 ================================)
11
12      IT IS HEREBY ORDERED that the preliminary hearing currently scheduled for February
13 28, 2008, at 2:00 p.m. is continued to April 10, 2008, at 2:00 p.m.
14
   Dated:  February 27, 2008.
15                                              _____
                                                U.S. MAGISTRATE JUDGE
16

-3-