MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for SABREENA KHAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. CR-S-07-mj-185
                Plaintiff,               )
                                )  RETURN OF U.S. PASSPORT;
   v.                           )  ~~PROPOSED~~ ORDER
                                )
SABREENA KHAN,                   )
                Defendant.              ) Judge: Hon. Edmund F. Brennan
==============================)

TO: BENJAMIN WAGNER, U.S. Attorney and ROBIN TAYLOR, AUSA:

As a condition of her release from custody, the court ordered defendant Sabreena Khan to surrender her United States Passport.  Ms. Khan complied with the court order and surrendered her passport.

On April 10, 2008, pursuant to the government's motion, Ms. Khan was dismissed from case 07-mj-185.  Ms. Khan asks the court to order that her passport be released from the clerk's office back to her or to her attorney, Michael Long.

Dated:  November 24, 2010                       Respectfully submitted,

                                                     /s/ Michael D. Long_____
                                                     MICHAEL D. LONG
                                                     Attorney for Ms. Khan

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,       ) No. CR-S-07-mj-185
         Plaintiff,                        )
                                            ) (Proposed) ORDER
   v.                                  )
                                            )
SABREENA KHAN,                       )
         Defendant.                        )
===============================)

    IT IS HEREBY ORDERED that the previously surrendered United States Passport be released from the clerk's office to defendant SABREENA KHAN or to her attorney, Michael Long.

Dated: __November 29__, 2010

_____
Hon. Edmund F. Brennan
United States Magistrate Judge

-2-